JESSIE SOUZA *vs.* ERNEST SOUZA.

Bristol.    October 26, 1954. — March 2, 1955.

Present: QUA, C.J., LUMMUS, WILKINS, SPALDING, & WILLIAMS, JJ.

*Divorce,* Cruel and abusive treatment.

Cruel and abusive treatment of a wife by her husband was not established
as matter of law by a single act of his in slapping her on the back un-
der provocation by her and without injury to her or putting her in fear
of injury.

LIBEL, filed in the Probate Court for the county of Bristol
on November 6, 1952.

The case was heard by *Fuller,* J.

*Nathan J. Sokoletsky,* for the libellant, submitted a brief.

No argument nor brief for the libellee.

LUMMUS, J.    After being married for twenty-five years,
the wife brought this libel for divorce on the ground of
cruel and abusive treatment.    G. L. (Ter. Ed.) c. 208, § 1.
On October 11, 1952, the husband learned that the wife
owed more than $100 for furniture.    When she denied owing
anything, the husband "was so provoked that he lost his
head and slapped her" on the back.    The judge found that
the slap was not severe, left no mark, and did not put the
wife in fear.    He denied the wife a divorce, and she appealed.

The only question is whether the judge was required as
matter of law to consider such a slap as proof of cruel and
abusive treatment.    In *Lyster* v. *Lyster,* 111 Mass. 327,
328–329, Gray, J., said that "Any acts or conduct which
injured or endangered life, limb or health, or created rea-
sonable apprehension of such injury or danger from a con-
tinuance of the cohabitation, would constitute cruel and
abusive treatment within the meaning of the statute."
That statement was followed in *Bonney* v. *Bonney,* 175
Mass. 7, 8, and *Krasnow* v. *Krasnow,* 280 Mass. 252, 255.

Only a single act of violence was shown in this case. That did not require a finding of cruel and abusive treatment. *Sylvester* v. *Sylvester*, 330 Mass. 397. *Hamilton* v. *Hamilton*, 325 Mass. 278. *Vergnani* v. *Vergnani*, 321 Mass. 703. The provocation furnished by the wife tends to mitigate the effect of the slap. *Hamilton* v. *Hamilton*, 325 Mass. 278, 280. In that case we said, "We do not believe that this single act of violence to the person of the libellant . . . constitutes cruel and abusive treatment as matter of law, where there was no finding of harm or injury, or fear of harm or injury, to the libellant, and where particularly the act complained of was apparently provoked by the conduct of the libellant."

*Decree affirmed.*